**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ALLEN FRANK TRENT** | ) | **CASE NO. 5:06CV2422** |
| | ) | |
| Petitioner, | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| v. | ) | |
| | ) | |
| **JULIUS WILSON, Warden,** | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Respondent. | ) | |
| | ) | |

This matter is before the Court upon a petition for a writ of habeas corpus filed by Allen Frank Trent ("Petitioner"), pursuant to 28 U.S.C. § 2254. (Dkt. # 1).

On November 14, 2006, this Court issued an order assigning this case to Magistrate Judge George J. Limbert for preparation of a report and recommendation (Dkt. # 5). On September 21, 2007, the Magistrate issued a report and recommendation, recommending that the Court deny the instant petition because Petitioner's claims were procedurally defaulted and lacked merit. (Dkt. # 16).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and

Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

The Court has reviewed the report and recommendation of the Magistrate Judge *de novo*, and finds that it is well-supported.  Therefore, the Report and Recommendation of Magistrate Judge Limbert (Dkt. # 16) is hereby **ADOPTED**, and Petitioner's petition for a writ of habeas corpus is **DENIED**.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus – November 28, 2007**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**